UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-20585-CIV-MARTINEZ

CORPORATE REAL ESTATE
SOLUTIONS, LLC,

      Plaintiff,

v.

BOYD WATTERSON ASSET
MANAGEMENT, LLC,

      Defendant.
_____/

### ORDER ON EVIDENTIARY HEARING

**THIS CAUSE** came before the Court *sua sponte*. An evidentiary hearing is scheduled in this case for **April 8, 2022, at 12:30 p.m.,** before the undersigned, United States District Judge Jose E. Martinez, at the United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128. Accordingly, it is hereby **ORDERED AND ADJUDGED** that

    1.    The Court anticipates that the hearing **shall not exceed one hour**. The parties shall confer prior to the hearing to determine how to split the allotted time. If the parties are unable to agree on how to split the allotted time, the Court will decide how to split the allotted time.

    2.    Before the hearing, the parties shall file an (1) exhibit list prepared on Form AO 187, which is available from the Clerk's Office; and (2) witness list.

    3.    At or before the hearing, the parties shall provide the Court with a hard copy of their exhibits. All exhibits must be pre-marked. Plaintiff's exhibits shall be marked numerically. Defendant's exhibits shall be marked alphabetically.

6 April 2022

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record